**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 81 EM 2016

          Respondent            :

                :

           v.             :

                :

AARON WASHINGTON,        :

                :

          Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.